

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| Jarrod E. Davis a/k/a Jared E. Davis and James Brian Hillman, | * From the 142nd District Court of Midland County, Trial Court No. CV54756. |
| Vs. No. 11-22-00307-CV | * October 31, 2024 |
| Trinity D. Crawford, individually and on behalf of Precision Frac, LLC, Blue Gold Energy, LLC, Blue Gold Energy Barstow, LLC, and Karmic Energy, LLC; Chad A. Carson, individually and on behalf of Precision Frac, LLC, Blue Gold Energy, LLC, Blue Gold Energy Barstow, LLC, and Karmic Energy, LLC; Kalee VanMeter; Donnie Seburg; Blue Gold Energy Barstow, LLC; and West Texas Water Solutions, LLC, | * Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Wright, S.C.J., sitting by assignment) (Williams, J., not participating) |

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court with respect to the summary judgment on Jarrod E. Davis a/k/a Jared E. Davis's claims. We also reverse the summary judgment on James Brian Hillman's claims for conspiracy and unjust enrichment. We affirm the summary judgment as to James Brian Hillman's claim for breach of fiduciary duty against Trinity D. Crawford, individually and on behalf of Precision Frac, LLC, Blue Gold Energy, LLC, Blue Gold Energy Barstow, LLC, and Karmic

Energy, LLC. We also affirm the summary judgment as to James Brian Hillman's claim for breach of fiduciary duty against Chad A. Carson, individually and on behalf of Precision Frac, LLC, Blue Gold Energy, LLC, Blue Gold Energy Barstow, LLC, and Karmic Energy, LLC. We also affirm the summary judgment as to James Brian Hillman's claim for breach of fiduciary duty against Donnie Seburg. We reverse the summary judgment as to as to James Brian Hillman's claims for breach of fiduciary duty against Kalee VanMeter. Finally, we reverse the award of attorney's fees in favor of Trinity D. Crawford, individually and on behalf of Precision Frac, LLC, Blue Gold Energy, LLC, Blue Gold Energy Barstow, LLC and Karmic Energy, LLC. All claims that are reversed are remanded to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed 15% against James Brian Hillman, and 85% against Appellees.